In the Matter of the Claim of G. W. HARTLAND, Respondent, against HARTLAND FURNACE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, without costs. Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of LEO DANNEHY, Respondent, against BARNET LEATHER Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of PHILLIP B. KLINE, Respondent, against EMPIRE CASE GOODS COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of BERT GEPHART, Respondent, against CROSBY & WHIPPLE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of WILLIAM METKOWSKI, Respondent, against J. KRESSE Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence to support the finding that claimant was disabled during the period of the award. Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of ANDREW STALTER, Respondent, against ESSLING & HEIM and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of ANONTE COSIMO, Respondent, against CAROLYN LAUNDRY, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of JOHN O'LEARY, Respondent, against JOHN STUBBE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of JOHN PACLUCCI, Respondent, against TRIANGLE CONDUIT COMPANY, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence to sustain the finding of wage rate of twenty dollars per week, on the authority of Gruber v. Kramer Amusement Corp. (207 App. Div. 564). Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ., concur.

In the Matter of the Claim of ELLEN HAUBURGER, Respondent, against STUCKER & TIDD, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.